**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JEFFREY WAYNE SHANKLE,                                                                      PLAINTIFF
ADC #137891

v.                                      No. 2:10CV00110 JLH-JJV

TYRONE WASHINGTON, *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be and is hereby DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE